## MOTION DOCKET

**90-1342.** State v. Lawson. *Clermont County,* No. CA88-05-044. On motion to clarify court order/decision. Motion denied.

DOUGLAS, J., dissents.

**91-2006.** Katko v. Ohio State Univ. Hosp. *Franklin County,* No. 90AP-1117. On motion for leave to file *amicus* of American Medical Colleges and University of Cincinnati et al. Motion granted.

MOYER, C.J., dissents.